**General Insulate Company, appellee, v. Joseph Weidenhoff, appellant.   Gen. No. 29,001.**

Action for breach of contract.   Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding.   Heard in the second division of this court for the first district at the October term, 1923.   Affirmed.   Opinion filed May 27, 1924.   *Certiorari* denied by Supreme Court (making opinion final).

Joseph Rosenberg, for appellant; Benjamin Rosenberg, of counsel. Eastman, White & Hawxhurst, for appellee; Homer C. Dawson, of counsel.

Mr. Justice Barnes delivered the opinion of the court.